UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JOSEPH J. PLUMERI II, | Civil Case No.: 1:19-cv-05896-FB-RER |
| Plaintiff, | |
| v. | **AFFIDAVIT OF GARY B. EIDELMAN, ESQ. IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |
| STEVEN B. BARGER, | |
| Defendant. | |

I, Gary B. Eidelman, Esq., being duly sworn, hereby deposes and says as follows:

1. I am a partner with the law firm of Saul Ewing Arnstein & Lehr LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the Bars of the State of Maryland and the District of Columbia.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

7. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this case for Plaintiff Joseph J. Plumeri II.

Gary B. Eidelman
Saul Ewing Arnstein & Lehr LLP
500 E. Pratt Street, Suite 900
Baltimore, Maryland 21202

T: (410) 332-8975
F: (410) 332-8976
Gary.Eidelman@saul.com

New York Office
1270 Avenue of the Americas, Suite 2005
New York, New York 10020
T: (212) 980-7200
F: (212) 980-7209

*Attorneys for Plaintiff Joseph J. Plumeri II*

Dated: October 30, 2019
Baltimore, Maryland

SWORN TO AND SUBSCRIBED BEFORE ME,

This 30th day of October, 2019

_Beth R. Poston_
expires 12-26-2022

[Notary Public Seal: BETH R. POSTON, NOTARY PUBLIC, BALTIMORE COUNTY, MD]

# Exhibit A

# Court of Appeals of Maryland
## Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Suzanne Johnson, Clerk of the Court of Appeals of Maryland, do hereby certify that on the twenty-second day of December, 1987,

## Gary Bruce Eidelman

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this thirtieth day of October, 2019.

_____
Clerk of the Court of Appeals of Maryland



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## *Gary B Eidelman*

was duly qualified and admitted on November 9, 1988 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 30, 2019.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.