

Gary B. Eidelman
Phone: (410) 332-8975
Fax: (410) 332-8976
Gary.Eidelman@saul.com
www.saul.com

November 5, 2019

**Via ECF**

| | |
|---|---|
| Honorable Frederic Block, U.S.D.J. | Honorable Ramon E. Reyes, Jr, U.S.M.J. |
| U. S. District Court for | U. S. District Court for the Eastern District |
| the Eastern District of New York | of New York |
| 225 Cadman Plaza East | 225 Cadman Plaza East |
| Brooklyn, New York 11201 | Brooklyn, New York 11201 |

    Re:    *Joseph J. Plumeri II v. Steven B. Barger*,
            Civil Case No. 1:19-cv-05896-FB-RER

Dear Judge Block and Magistrate Judge Reyes:

    This firm is counsel to Plaintiff Joseph J. Plumeri II. Plaintiff filed a Complaint for Declaratory Judgment against Defendant Steven Barger on October 18, 2019, and Defendant's response to the Complaint is due November 12, 2019. On November 5, 2019, Defendant moved for an extension of time to respond. ECF No. 9.

    Plaintiff requests that the Court reserve judgment on Defendant's motion until Plaintiff has an opportunity to respond, which he intend to do by 5:00 PM on Thursday, November 7, 2019.

    Thank you for your consideration.

                                                                 Respectfully submitted,

                                                                 Gary B. Eidelman

cc:    Steven B. Barger via email (steve@stevebarger.com)