**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

---

JOSEPH J. PLUMERI II,                    Civil Case No.: 1:19-cv-05896-FB-RER

        Plaintiff,

v.                                                       **NOTATION OF DEFAULT**

STEVEN B. BARGER,

        Defendant.

---

I, Douglas C. Palmer, Clerk of the Court of the United States District Court for the

Eastern District of New York, do hereby certify that Defendant Steven B. Barger has not filed an

answer or otherwise moved with respect to the Complaint for Declaratory Judgment herein. The

default of Defendant Steven B. Barger, is hereby noted pursuant to Rule 55(a) of the Federal

Rules of Civil Procedure.

Dated: Brooklyn, New York
      _____ _____, 2020

                                        Douglas C. Palmer
                                        Clerk of the Court

                                        By: _____
                                             Deputy Clerk