UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JOSEPH J. PLUMERI II, | Civil Case No.: 1:19-cv-05896-FB-RER |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| STEVEN B. BARGER, | |
| Defendant. | |

---

I hereby certify that a true and correct copy of the foregoing Motion for Application to Clerk for Entry of Default was served via ECF and USPS First Class Mail postage prepaid on the following:

Steven B. Barger
1020 Linkside Drive
Birmingham, Alabama 35242
*Defendant*

*/s/ Gillian A. Cooper*
Gillian A. Cooper

Dated: January 6, 2020