UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

JOSEPH J. PLUMERI II,            Civil Case No.: 1:19-cv-05896-FB-RER

    Plaintiff,

v.

                                        **CERTIFICATE OF SERVICE**

STEVEN B. BARGER,

    Defendant.

---

      I hereby certify that a true and correct copy of the foregoing Renewed Motion for Application to Clerk for Entry of Default was served via ECF and USPS First Class Mail postage prepaid on the following:

Steven B. Barger
1020 Linkside Drive
Birmingham, Alabama 35242
*Defendant*

                                               */s/ Gary B. Eidelman*
                                               Gary B. Eidelman

Dated: February 4, 2020