UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH J. PLUMERI II, | Civil Case No.: 1:19-cv-05896-FB-RER |
| Plaintiff, | |
| v. | **NOTATION OF DEFAULT** |
| STEVEN B. BARGER, | |
| Defendant. | |

I, Douglas C. Palmer, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that Defendant Steven B. Barger has not filed an answer or otherwise moved with respect to the Complaint for Declaratory Judgment herein. The default of Defendant Steven B. Barger, is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
        February 11, 2020

                                        Douglas C. Palmer
                                        Clerk of the Court

                                        By:  */s/Jalitza Poveda*
                                             Deputy Clerk

36526524.1 02/04/2020