UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH J. PLUMERI II, | Civil Case No.: 1:19-cv-05896-FB-RER |
| Plaintiff, | |
| v. | **NOTICE OF MOTION** |
| STEVEN B. BARGER, | |
| Defendant. | |

PLEASE TAKE NOTICE that upon the annexed affidavit of Gary B. Eidelman dated February 12, 2020, the exhibits attached thereto, legal memorandum , and all pleadings and proceedings in this matter, the undersigned, on behalf of the Plaintiff Joseph J. Plumeri II moves this Court before the Honorable Frederic Block, United States District Court Judge, United States Courthouse, Eastern District of New York, 225 Cadman Plaza East, Brooklyn New York 11201, for an Order of Default Judgment against Defendant Steven B. Barger pursuant to Fed. R. Civ. Pro. 55(b)(2), and for such other and further relief as the Court deems proper and just.

Dated: February 12, 2020

    Respectfully submitted,

    **SAUL EWING ARNSTEIN & LEHR LLP**

    */s/ Gary B. Eidelman*
    Gary B. Eidelman (admitted *pro hac vice*)
    Michael P. Cianfichi (admitted *pro hac vice*)
    500 E Pratt Street
    Baltimore, Maryland 21202
    (410) 332-8975
    gary.eidelman@saul.com

    Gillian A. Cooper
    Centre Square West
    1500 Market Street, 38th Floor
    Philadelphia, Pennsylvania 19102
    (215) 972-7861

36391258.2 02/12/2020

gillian.cooper@saul.com

**New York Office**
1270 Avenue of the Americas, Suite 2005
New York, New York 10020

*Counsel for Plaintiff Joseph J. Plumeri II*

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOSEPH J. PLUMERI II, | Civil Case No.: 1:19-cv-05896-FB-RER |
| Plaintiff, | |
| v. | |
| STEVEN B. BARGER, | **CERTIFICATE OF SERVICE** |
| Defendant. | |

I hereby certify that a true and correct copy of the foregoing Notice of Motion for Default Judgment, Memorandum of Law in Support of Motion for Default Judgment, Affidavit of Gary B. Eidelman in Support of Motion for Default Judgment with exhibits, and Proposed Order for Default Judgment were served via ECF and Certified Mail postage prepaid on the following:

Steven B. Barger
1020 Linkside Drive
Birmingham, Alabama 35242
*Defendant*

*/s/ Gary B. Eidelman*
Gary B. Eidelman

Dated: February 12, 2020